# M A N D A T E

**THE STATE OF TEXAS**

**TO THE COUNTY COURT AT LAW NO 1 OF WEBB COUNTY, GREETINGS:**

Before our Court of Appeals for the Fourth District of Texas on December 17, 2014, the cause upon appeal to revise or reverse your judgment between

Texas Department of Public Safety, Appellant

V.

Ricardo Guadalupe Tenorio, Appellee

No. 04-14-00292-CV and Tr. Ct. No. 2013CVK001755C1

was determined, and therein our said Court of Appeals made its order in these words:

**In accordance with this court's opinion of this date, the trial court's order granting Appellee Ricardo Guadalupe Tenorio's petition for expunction is REVERSED and judgment is RENDERED denying Appellee Ricardo Guadalupe Tenorio's petition for expunction. Costs of this appeal are taxed against Appellant Ricardo Guadalupe Tenorio.**

WHEREFORE, WE COMMAND YOU to observe the order of our said Court of Appeals for the Fourth District of Texas, in this behalf and in all things have the order duly recognized, obeyed, and executed.

WITNESS the Hon. Sandee Bryan Marion, Chief Justice of the Court of Appeals for the Fourth District of Texas, with the seal of the Court affixed and the City of San Antonio on February 25, 2015.

KEITH E. HOTTLE, CLERK

Cynthia A. Martinez
Deputy Clerk, Ext. 53853

# BILL OF COSTS

## TEXAS COURT OF APPEALS, FOURTH DISTRICT, AT SAN ANTONIO

No. 04-14-00292-CV

### Texas Department of Public Safety

**v.**

### Ricardo Guadalupe Tenorio

(NO. 2013CVK001755C1 IN COUNTY COURT AT LAW NO 1 OF WEBB COUNTY)

| TYPE OF FEE | CHARGES | PAID | BY |
|---|---|---|---|
| REPORTER'S RECORD | $42.00 | PAID | |
| FILING | $195.00 | EXEMPT | N/A |

**Balance of costs owing to the Fourth Court of Appeals, San Antonio, Texas:  0.00**

*Court costs in this cause shall be paid as per the Judgment issued by this Court.*

I, **KEITH E. HOTTLE,** CLERK OF THE FOURTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE FOURTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.

**IN TESTIMONY WHEREOF,** witness my hand and the Seal of the **COURT OF APPEALS** for the Fourth District of Texas, this February 25, 2015.

**KEITH E. HOTTLE, CLERK**

Cynthia A. Martinez
Deputy Clerk, Ext. 53853